1  KEITH WATTLEY, SBN 203366
2  UnCommon Law
   220 4th Street, Suite 103
3  Oakland, CA 94607
   Telephone:  (510) 271-0310
4  Facsimile:  (510) 271-0101
5  Email: kwattley@theuncommonlaw.com

6  Attorney for Plaintiff
7  SAM JOHNSON

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12 |                              )
   | SAM JOHNSON,                 ) Case No.: 2:12-cv-1059 GGH P
13 |                              )
14 |        Plaintiff,            ) **STIPULATION TO RESET**
   |                              ) **HEARING ON PLAINTIFF'S**
15 |        v.                    ) **MOTION TO DISMISS; ORDER**
16 |                              )
   | JENNIFER SHAFFER,            ) Judge:  Hon. Gregory G. Hollows
17 |                              )
18 |        Defendant             )

19     Pursuant to Local Rule 143, the parties, by and through their attorneys, hereby

20 stipulate and agree that the hearing on Defendants' motion to dismiss, currently noticed for

21

22 September 27, 2012, be reset to October 4, 2012, at 10:00 a.m.  The parties also stipulate

23 that Plaintiff's opposition to the motion will be filed on or before September 20, 2012, and

24 Defendants' reply, if any, will be filed on or before September 27, 2012.  Accordingly, the

25

26 / / /

27 / / /

28

1

Stipulation to Reset Hearing on Defendants' Motion to Dismiss
*Johnson v. Shaffer*, et al., No. 2:12-c-v-1059 GGH

parties respectfully request that the Court enter the order proposed herein approving this stipulation.

Dated:  September 7, 2012                                Dated:  September 7, 2012

Respectfully Submitted,                                  Respectfully Submitted,

UNCOMMON LAW                                             KAMALA D. HARRIS
                                                         Attorney General

 /s/  *Keith Wattley*                                     /s/  *Michael G. Lee*
KEITH WATTLEY                                            MICHAEL G. LEE

Attorney for Plaintiff                                   Attorney for Defendants
SAM JOHNSON                                              JENNIFER SHAFFER, et al.


    Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Defendants' motion to dismiss is reset to October 4, 2012, at 10:00 a.m.  Plaintiff's opposition shall be filed on or before September 20, 2012, and Defendants' reply, if any, shall be filed on or before September 27, 2012.

Date:  September 10, 2012

                                        /s/ Gregory G. Hollows

                                        _____
                                        Honorable Gregory G. Hollows
                                        United States Magistrate Judge

Stipulation to Reset Hearing on Defendants' Motion to Dismiss
*Johnson v. Shaffer*, et al., No. 2:12-c-v-1059 GGH