KEITH WATTLEY, SBN 203366
UnCommon Law
220 4th Street, Suite 103
Oakland, CA 94607
Telephone: (510) 271-0310
Facsimile: (510) 271-0101
Email: kwattley@theuncommonlaw.com

Attorney for Plaintiff
SAM JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM JOHNSON, | Case No.: 2:12-cv-1059 GGH P |
| Plaintiff, | **STIPULATION TO RESET HEARING ON PLAINTIFF'S MOTION TO DISMISS; ORDER** |
| v. | |
| JENNIFER SHAFFER, | Judge: Hon. Gregory G. Hollows |
| Defendant | |

    Pursuant to Local Rule 143, the parties, by and through their attorneys, hereby stipulate and agree that the hearing on Defendants' motion to dismiss, currently noticed for September 27, 2012, be reset to October 4, 2012, at 10:00 a.m. The parties also stipulate that Plaintiff's opposition to the motion will be filed on or before September 20, 2012, and Defendants' reply, if any, will be filed on or before September 27, 2012. Accordingly, the

/ / /

/ / /

parties respectfully request that the Court enter the order proposed herein approving this stipulation.

Dated:  September 7, 2012

Respectfully Submitted,

UNCOMMON LAW

 /s/  *Keith Wattley*
KEITH WATTLEY

Attorney for Plaintiff
SAM JOHNSON

Dated:  September 7, 2012

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General

 /s/  *Michael G. Lee*
MICHAEL G. LEE

Attorney for Defendants
JENNIFER SHAFFER, et al.

    Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Defendants' motion to dismiss is reset to October 4, 2012, at 10:00 a.m.  Plaintiff's opposition shall be filed on or before September 20, 2012, and Defendants' reply, if any, shall be filed on or before September 27, 2012.

Date:  September 10, 2012

                                  /s/ Gregory G. Hollows

                                _____
                                Honorable Gregory G. Hollows
                                United States Magistrate Judge

Stipulation to Reset Hearing on Defendants' Motion to Dismiss
*Johnson v. Shaffer*, et al., No. 2:12-c-v-1059 GGH