UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM JOHNSON, | No. 2:12-cv-1059 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER SHAFFER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding with retained counsel, seeks relief pursuant to 28 U.S.C. § 1983.  A motion to compel discovery (ECF No. 25) was filed on behalf of plaintiff on May 29, 2013 and appears to have been fully briefed on the papers.  On August 21, 2013, two other motions were filed: plaintiff's motion for class certification (ECF No. 29), which was properly noticed for hearing on October 16, 2013 before the undersigned, and defendants' motion for summary judgment (ECF No. 30), which was not noticed for hearing.  Because the parties are all represented by counsel, all motions should have been noticed on the court's calendar.  Confusion may have arisen in light of the court's February 20, 2013 Discovery and Scheduling Order (ECF No. 24), which erroneously stated that motions should be briefed in accordance with L.R. 230(l).

Accordingly, IT IS ORDERED that:

1. The Discovery and Scheduling Order is herein amended to state that L.R. 230(l) does

not apply to this action; rather, all motions must be briefed in accordance with the other provisions of L.R. 230;

    2.  Hearing on the motion to compel (ECF No. 25) and the motion for summary judgment (ECF 30) is hereby also set for October 16, 2013, the date previously noticed for the hearing on plaintiff's motion for class certification (ECF No. 29).

DATED: August 29, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
John1059.ord

2