UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM JOHNSON, | No. 2:12-cv-1059 KJM AC P |
| Plaintiff, | |
| v. | <u>ORDER RE:</u> |
| JENNIFER SHAFFER, et al., | <u>PRO SE PRISONER FILINGS</u> |
| Defendants. | |

    Plaintiffs in this civil rights action comprise a certified class of state prisoners proceeding with counsel.  The court occasionally receives requests from pro se prisoners to join the plaintiff class, or with questions concerning this case.  Considerations of case management and judicial economy preclude the filing of such documents.  Members of the plaintiff class may proceed in this action only through their counsel of record.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of Court shall not file in this action any documents submitted by prisoners proceeding pro se.

    2. All documents bearing this case name and/or number which are submitted to the Clerk of Court by a prisoner proceeding pro se shall be returned to the prisoner, together with a copy of this order.

////

1

3.  Prisoners proceeding pro se may forward their requests or questions to counsel of record for the plaintiff class:

>Keith Allen Wattley
>UnCommon Law
>220 4th Street, Ste. 103
>Oakland, CA 94607

SO ORDERED.

DATED: February 19, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2