UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAM JOHNSON**, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**JENNIFER SHAFFER,** et al.,<br><br>Defendants. | No.  2:12-cv-01059 KJM AC P<br><br><br>**ORDER** |

Defendants request amendment of this court's order filed November 24, 2014, concerning the deadline for payment of plaintiffs' attorneys' fees and costs in this action.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request, ECF No. 133, is granted.

2. The last sentence of this court's order filed November 24, 2014, see ECF No. 90 at 3, is amended to read as follows:

> Defendants shall remit payment to Plaintiffs' counsel in the amount of $119,796.05, within thirty (30) days after the Court grants final approval of the parties' Amended Stipulated Settlement, subject to interest thereafter as provided in 28 U.S.C. § 1961.

DATED: November 30, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE