IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM JOHNSON, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>JENNIFER SHAFFER, et al.,<br><br>            Defendants. | No.  2:12-cv-1059 KJM AC P<br><br>ORDER |

        Inmate Alden A. Thomas, Sr. has filed a document styled as a motion for joinder in this action. It appears from Exhibit B to the motion that Mr. Alden is a member of the plaintiff class, which consists of California state prisoners who are serving life sentences and are eligible for parole consideration after having served their minimum terms. *See* ECF Nos. 29, 44.  His motion for joinder is therefore unnecessary.  Comments in the motion concerning the relationship between immigration proceedings and parole proceedings are not relevant to the proposed settlement agreement.  To the extent comments concerning the alleged exclusion of Mr. Alden's low risk assessment from a 2010 parole consideration hearing are relevant to the proposed settlement agreement, those will be considered by the court in connection with the fairness hearing set for December 18, 2015.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the motion filed by Inmate Alden A. Thomas and enter it on the docket in this action;
2. Inmate Alden's motion is denied as unnecessary; and
3. To the extent the motion contains comments relevant to the proposed settlement agreement, those will be considered by the court in connection with the fairness hearing set for December 18, 2015.

DATED: December 10, 2015

_____
UNITED STATES DISTRICT JUDGE