KEITH WATTLEY (SBN 203366)
UnCommon Law
220 4th Street, Suite 103
Oakland, CA 94607
Telephone:  (510) 271-0310
Facsimile:  (510) 271-0101
Email: kwattley@uncommonlaw.org
*Attorney for Plaintiff Sam Johnson and the Plaintiff Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **SAM JOHNSON,**<br><br>                    Plaintiff,<br><br>            v.<br><br>**JENNIFER SHAFFER, et al.,**<br><br>                    Defendants. | 2:12-cv-01059-KJM AC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS ALL DEFENDANTS EXCEPT JENNIFER SHAFFER**<br><br>Judge:        Hon. Kimberly J. Mueller<br>Action Filed:  April 20, 2012 |

　　　　This matter comes before the Court upon consideration of Plaintiffs' Motion to Dismiss All Defendants Except Jennifer Shaffer. Having considered the Motion, filed pursuant to the Stipulated Settlement in this case, the Court finds good cause to GRANT the motion.

　　　　**IT IS SO ORDERED.**

DATED: June 23, 2016

_____
UNITED STATES DISTRICT JUDGE

Order Granting Mtn. to Dismiss All Defendants Except Jennifer Shaffer
*Johnson v. Shaffer, et al.*, No. 2:12-cv-01059-KJM AC